UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-7268 as

[X] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: _____

James R. Niblock _____ as the
(party name)

[X] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Joseph A. Connors III                956-687-8217 office
Name (printed or typed)              Voice Phone

Law Offices of Joseph A. Connors III   956-687-8230
Firm Name (if applicable)              Fax Number

605 E. Violet, Suite 3

McAllen, TX  78504                   connors@innocent.com
Address                              E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on Aug. 28, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Dana J. Boente, AUSA
Charles F. Connolly, AUSA
2100 Jamieson Ave.,
Alexandria, VA  22314

/s/ Joseph A. Connors III              August 28, 2013
Signature                              Date

11/17/2011
SCC