# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 6, 2013

_____

DOCUMENT TRANSMITTAL

_____

No. 13-7268,   <u>United States v. James Niblock</u>
　　　　　　　　1:02-cr-00568-GBL-1

TO:   James R. Niblock

Receipt is acknowledged of the documents recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf. All future correspondence, including motions, should be sent to your attorney.

S. Nagle, Deputy Clerk
804-916-2702